IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARTUS HAWKINS,**
*et al.*                                                                                                                **PLAINTIFFS**

V.                                        4:08CV01791 WRW-BD

**KARL BYRD,** *et al.*                                                                                          **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendants Byrd, Brown, Shock, Randall, and Faulkner County are DISMISSED without prejudice as party Defendants; Plaintiffs Brown and Thurmond are DISMISSED without prejudice from this case so that they may pursue their factually distinct claims in their separately filed actions; Plaintiff Hawkins's access-to-mail claim is DISMISSED without prejudice against all Defendants; Plaintiff Hawkins's claims regarding his disciplinary conviction and Defendants' failure to follow prison policy are DISMISSED without prejudice against all Defendants. Plaintiff Hawkins may proceed on his due process claim against Sgt. Piechuski, and the Clerk of the Court is ordered to add Sgt. Piechuski as a party Defendant in this matter. Plaintiff Hawkins's deliberate-indifference claim is DISMISSED, without prejudice, against all Defendants.

IT IS SO ORDERED this 20th day of October, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE