# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CARTUS HAWKINS**                                                                                       **PLAINTIFF**

**V.**                                   **4:08CV01791-WRW-BD**

**KARL BYRD,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

Plaintiff Cartus Hawkins, previously a pre-trial detainee at the Faulkner County Detention Facility, brings this suit under 42 U.S.C. § 1983. He is proceeding *in forma pauperis*. On April 3, 2009, Defendants filed a motion to dismiss this action pursuant to Local Rule for the Eastern District of Arkansas 5.5(c)(2) (docket entry #78). In the motion, Defendants argue that Plaintiff has failed to update his address as required by Local Rule 5.5.(c)(2), and that Plaintiff's claims should be dismissed.

On April 6, 2009, Plaintiff filed a notice of address change (#83) with the Court. Accordingly, Plaintiff now has complied with Local Rule 5.5(c)(2) and Defendants' motion to dismiss (#78) is DENIED.

IT IS SO ORDERED this 9th day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE